Lewis C. Brown, defendant in error, v. Interstate Garage Corporation, plaintiff in error. Gen. No. 33,939.

Opinion filed May 29, 1930. Rehearing denied June 10, 1930.

Cloyes & Klingler, for plaintiff in error. J. Kent Greene, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Samuel H. Gilbert, plaintiff in error, v. Charles H. Hewitt, defendant in error. Gen. No. 33,976.

Opinion filed May 29, 1930.

Hart E. Baker, for plaintiff in error. Harry D. Irwin, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

First Wisconsin National Bank of Milwaukee, appellee, v. W. R. Edwards, appellant. Gen. No. 33,991.

Opinion filed May 29, 1930.

Schein & Beckwith, for appellant; George L. Schein, Ernest Schein and Joseph M. Cohen, of counsel. Cassels, Potter & Bentley, for appellee; Ralph F. Potter and George C. Bunge, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.